# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

GREGORY BARNES                                                                                    PLAINTIFF

V.                              No. 4:20-CV-00067-JTR[1]

CLARK GREEN, Officer,
Dallas County Detention Center, *et al.*                                          DEFENDANTS

## ORDER

Plaintiff Gregory Barnes ("Barnes") has not complied with the Court's October 6, 2021 Order directing him to file a notice of his current mailing address if he wished to continue pursuing his lawsuit, and the time to do so has expired. *Doc. 56*. Importantly, the Court cautioned Barnes that if he failed to comply with the October 6, 2021 Order, his case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.* Mail sent to Barnes at his address of record, the Dallas County Detention Center, continues to be returned as undeliverable, with no forwarding address. *Doc. 58 & 60.*

Accordingly, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to

---

[1] By consent of the parties, this case was referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. 636(c) and Federal Rule of Civil Procedure 73. *Doc. 17.*

28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

    IT IS SO ORDERED this 15th day of November, 2021.

                                                      _____
                                                      UNITED STATES MAGISTRAT JUDGE