# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION


GREGORY BARNES                                                          PLAINTIFF

V.                          No. 4:20-CV-00067-JTR[1]


CLARK GREEN, Officer,
Dallas County Detention Center, *et al.*                           DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed

without prejudice. All relief sought is denied, and the case is closed.

DATED this 15th day of November, 2021.


_____
UNITED STATES MAGISTRATE JUDGE

---

[1] By consent of the parties, this case was referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. 636(c) and Federal Rule of Civil Procedure 73. *Doc. 17.*